*CC23-1624-5*

VCU Short Court Case Final

Plaintiff; VCU Student, Johnny O Oliverio

Student Id in 2022, oliverioj

versus

Virginia Commonwealth University

And Opposing Parties

To: The City of Richmond ~~General District~~ Circuit Court

Richmond, Virginia.

~~General District~~ Circuit Court of Virginia

RECEIVED AND FILED
CIRCUIT COURT
MAR 28 2023
EDWARD F. JEWETT CLERK
BY_____ D.C.

Virginia Pro Se Lawsuit

Plaintiff:

Johnny O Oliverio, also known as John Gabriel Oliverio.

Address: 1425 Green Pasture Road, Sandston, Virginia 23150

VCU Student Id in 2022: oliverioj

Email Address: JohnnyO@TenthDegreeRealEstate.com

Cell number: 804 737 8700


Opposing Parties Name:

Virginia Commonwealth University, also know as VCU

Dr. Rao, President of VCU

910 W. Franklin Street, Richmond Virginia (Box 842512) 23284-2512

Phone: 804 828 1200

Email: president@vcu.edu


Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries



EXHIBIT
A

Phone: +974-4402-0555

Email: ajandres@vcu.edu

Teresa Doherty, MLIS, Student Success Librarian

Phone 804 828 8658

Email: mtdohert@vcu.edu

For reference in Paragraphs below: Names used interchangeably with the same meaning are:

VCU's Office of Institutional Equity, Effectiveness and Success, Also Titled (IES).

Johnny O Oliverio Plaintiff also Coach O, Highland Springs High School 1973 - 1980

The Plaintiff is suing for damages and has filed complaints of discrimination to the City of Richmond General District Court: Civil against Virginia Commonwealth University and opposing parties: The Plaintiff is accusing VCU Faculty and Staff at the Cabell Library on the Monroe Campus and VCU Librarian Teresa Doherty and employee had an obligation and responsibility to prevent discrimination against plaintiff.

The Plaintiff has initiated legal action to The City of Richmond General District Court, Civil: Against VCU and other parties involved. Specifically, the Plaintiff is alleging that VCU Faculty and Staff at the Cabell Library on the Monroe Campus in Richmond Virginia as well as VCU Librarian Teresa Doherty and employee failed to prevent discrimination against Plaintiff and had an obligation to immediately report any conversations of racist comments to the VCU's Office of Institutional Equity, Effectiveness and Success which VCU Faculty did not report on March 30th, 2022 or any time after that confrontation.

The Defendant VCU and VCU Librarian Teresa Doherty and employee were obligated to report and racist conversations or incidents involving faculty or staff even if those conversations took place in private.

2.

Any such conversations by VCU's Faculty and Staff were required to be reported to VCU's Office of Institutional Equity, Effectiveness and Success. However the Plaintiff alleges that The Defendant VCU and VCU Librarian Teresa Doherty and employee failed to report such conversations to the IES office on behalf of the Plaintiff, who believes that all VCU students have a right to this protection. VCU persisted in disregarding and concealing the racist conversations to VCU's Office of Institutional Equity, Effectiveness and Success on or before March 30th, 2022.

The Defendant's conversations were to be reported to VCU's Office of Institutional Equity, Effectiveness and Success, which VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries failed to respond to email on March 30, 2022, as evidenced by the email below.

In addition, the Defendant did not report the raciest accusations made against the Plaintiff at the front desk of the Cabell Library on March 30th, 2022 to VCU's Office of Institutional Equity, Effectiveness and Success.

The responsibility for building a case for or against Plaintiff, Johnny O Oliverio rests with VCU's Office of Institutional Equity, Effectiveness and Success (IES), not with  VCU Librarian Teresa Doherty and employee who made raciest remarks against the Plaintiff. It is not the responsibility of VCU Librarian Teresa Doherty to target the Plaintiff and wait for Plaintiff to approach the Cabell Library front desk to make such remarks.

Evidence from the policies of VCU's Office of Institutional Equity, Effectiveness and Success (IES) website demonstrates that VCU was obligated to follow all IES policies and not discriminate against Plaintiff, Johnny O Oliverio, as every VCU student has the right to such protection. However, the Plaintiff was not afforded these rights from Defendant VCU and opposing parties.

Evidence: VCU's Office of Institutional Equity, Effectiveness and Success (IES) Website:    https://inclusive.vcu.edu/

3.

Evidence: After the Humiliating confrontation in Public on March 30th, 2022, about raciest comments with Johnny O Oliverio, Teresa Doherty, MLIS, continued to ignore her responsibility a second time to report any raciest incident or comments to VCU's Office of Institutional Equity, Effectiveness and Success (IES). The Plaintiff on the same day March 30th, 2022, sent this email to VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries.

Following a Humiliating confrontation in Public on March 30th, 2022, in which raciest comments were made to Plaintiff, Johnny O Oliverio, Teresa Doherty, MLIS failed to fulfill her responsibilities a second time by not reporting the incident or comments to VCU's Office of Institutional Equity, Effectiveness and Success (IES). On the same day, March 30th, 2022, the Plaintiff sent an email to VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries regarding the racist incident. Evidence of email below:

To: ajandres@vcu.edu

Wed 3/30/2022 12:47 PM

This Morning I was accused by a VCU Employee of using 'Raciest' comments by a 3rd Party also employed by VCU Cabell Library.
I requested a Meeting with Her and the Employee who accused me of Raciest Comments. She Replied 'That Person may feel Uncomfortable meeting with You.' She gave me Her Card and told Me to email her concerning the meeting I requested.
My Question to you Ms. Amy Andres is, 'Do the VCU Guidelines permit an Employee to Accuse a Student Alumni Senior Citizen of Raciest Comments and then Reply that the 3rd Person Accuser does not have to attend a Meeting because they might be uncomfortable?
Are those Your Guidelines?

Please Save the Security Camera Audio/Video of our Conversation this morning at the Front Desk.

My VCU ID is oliverioj

Thank you very Much.
Johnny O Oliverio


Teresa Doherty, MLIS continued to escalate her efforts to harass and humiliate and publicly confront Plaintiff Johnny O Oliverio, despite there being no documented reports of racist conversations with the employee made to VCU's Office of Institutional Equity, Effectiveness and Success as Teresa initiated the confrontation in Public that was not allowing the Plaintiff his rights afforded to all VCU students by the IES.

Evidence: The email below serves as documentation that VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries and Cabell Librarian Teresa Doherty and employee failed to report to VCU's Office of Institutional Equity, Effectiveness and Success and ignored VCU's IES policies and is highlighted in bold letters within the email that 'No Records exist on this confrontation on or after the March 30th, 2022, date.


Evidence: VCU records prove that VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries and Cabell Librarian Teresa Doherty and employee failed to report to VCU's Office of Institutional Equity, Effectiveness and Success as request by Plaintiff for proof of records to

5.

VCU's Office of Institutional Equity, Effectiveness and Success do not exist in email from Michele S. Howell, FOIA Officer to Plaintiff; Again: No records exist.

Dear Mr. Oliverio,

I am writing to respond to the part of your March 1, 2023 email to Dr. Nasim below wherein you ask for records. It is my understanding that Dr. Rodriguez will be responding separately to your letter also mentioned below after Spring Break. As to your request for records, you asked if there are files from Cabell Library reporting a confrontation that you indicate occurred on March 30, 2022 at the front desk on the first floor.  A search of Cabell Library files returned nothing responsive.  **Therefore, the requested records do not exist**.

Thank you.

Sincerely,

**Michele S. Howell**
FOIA Officer
Virginia Commonwealth University
Enterprise Marketing and Communications
912 W. Grace St./ P.O. Box 842041
Richmond, VA 23284-2041
804-827-3909 (Direct)
804-828-1463 (Main)

The Plaintiff is Suing VCU for damages of Discrimination and filing this Complaint to the City of Richmond General District Civil Court against the Defendant, Virginia Commonwealth University and opposing parties: The Plaintiff argues that it was the obligation and responsibility of VCU and opposing parties to respond in a timely manner to the request for the security camera footage of the raciest incident that occurred at the front desk of the Cabell Library in public on March 30th, 2022. VCU's Amy Andres, Director, and Associate University Librarian VCU art (VCUart) Qatar Libraries ignored her obligation and responsibilities to report the email to the IES; Furthermore, VCU's Amy Andres, Director, and Associate University Librarian should have been thoroughly informed about VCU's security video footage regulations from the email request for security camera video footage that was going to expire in seven days (7);

however Amy Andres Director, and Associate University Librarian did not respond to the email of Plaintiff on the same day as the racist accusations on March 30th, 2022 and allowed the expiration date to pass; resulting in the loss of security camera evidence that all VCU students are provided by Federal Law of the Regulations of the Family Educational Rights and Privacy Act (FERPA).

This discriminatory action taken by VCU's Amy Andres, Director, and Associate University Librarian is unacceptable and must be addressed to prevent discrimination not only to the Plaintiff but also future VCU students. It is important that VCU take appropriate measures to ensure that their Faculty and Staff understand the obligations and responsibilities which they did not provide for Plaintiff; to prevent discrimination and respond to any incidents of discrimination in a timely manner.

Evidence: Confirmation email below: Request by Plaintiff for VCU security footage of Confrontation on March 30th, 2022.

Evidence Documented:

Email received by Plaintiff Johnny O Oliverio from Laura Gariepy:

Laura Gariepy <lwgariepy@vcu.edu>

To: johnnyo tenthdegreerealestate.com
Cc: president@vcu.edu

Tue 3/14/2023 4:51 PM

Mr. Oliverio,

No records (including video records) exist of the incident referenced on March 30, 2022. Video records are maintained for seven days and then automatically deleted. You are welcome to review the VCU Campus Security Camera System Policy for more information. I am aware that you also received a response from our Freedom of Information Act (FOIA) Officer confirming that the records you have requested do not exist.
Please let me know if you wish to meet.

Best,
Laura

7

The Plaintiff is Suing VCU for damages of Discrimination and filing this Complaint to the City of Richmond General District Civil Court against the Defendant, Virginia Commonwealth University and opposing parties as The Plaintiff, Johnny O Oliverio is also suing for damages against Defendant VCU for Discriminating by VCU not abiding by Regulations of the Family Educational Rights and Privacy Act (FERPA) which is a Federal Law that protects the privacy of all student's educational video footage and recordings required by the Regulations of the Family Educational Rights and Privacy Act; And Not Discriminate against any student including Plaintiff, Johnny O Oliverio, Student on March 30th, 2022, id: oliverioj. As: VCU did not provide identifiable recordings of video footage that contain such information on Plaintiff's request. VCU was required to provide Plaintiff Johnny O Oliverio for the collection, use and storage of video footage that would abide by the Regulations of the Family Educational Rights and Privacy Act (FERPA); Said requirements are provided to all students including Plaintiff's as Plaintiff Johnny O Oliverio who was Discriminated Against by Defendant VCU; as his email request on March 30th was ignored by VCU.

Relief for Damages for Plaintiff from Defendant VCU and opposing parties:

The Plaintiff has suffered wrongs, humiliation, degradation, and discrimination at the hands of Teresa Doherty, MLIS, Student Success Librarian in a public setting at VCU. The Plaintiff is seeking relief in the amount of Ten Million Dollars, (11,000,000.00) for the resulting damages.

Relief for Damages for Plaintiff from Defendant VCU and opposing parties:

Mental Cruelty and Depression: Five Million dollars (5,000,000.00) Evidence of the mental distress and suffering caused by the racially charged verbal assault that occurred on March 30th, 2022, the Plaintiff's Doctor, Doctor Michael Sheehan prescribed medication to relieve the resulting headaches and depression.

Evidence: Medical records of Dr. Michael Sheehan, of Plaintiff Johnny O Oliverio

8.



LABURNUM MEDICAL CENTER
4620 SOUTH LABURUM AVENUE
RICHMOND VA 23231-9973
804-226-2444

BON SECOURS MEDICAL GROUP

3/24/2023 11:44 AM

**Mr. John G Oliverio Jr**
1425 Green Pasture Rd
Sandston VA 23150-1005

To who it may concern:

    Mr. John Oliverio was started on an antidepressant on 4-7-2022.

Sincerely,

*Michael Sheehan, MD*

John G Oliverio Jr XXXXX9817

The mental distress and suffering experienced by the plaintiff was unimaginable and each month the Plaintiff had to come to grips with the fact that his research had come to a stop at the Cabell Library to prove that Ice Age African Women, European Women and Asian Women's Intelligence and Intuitions were foolishly underestimated by Archaeologist for over one hundred years. African Americans were the first Americans, just as much as Europeans and the Plaintiff `presentations of this History to Virginia, America and the World was stopped by the anxiety and depression that the Plaintiff had to bare.

Public Humiliation: at VCU Cabell Library: One Million dollars, (1,000,000.00) The Plaintiff has suffered wrongs, humiliation, degradation, and discrimination at the hands of Teresa Doherty, MLIS, Student Success Librarian in a public setting at VCU since March 30th, 2022; The Discrimination has left a lasting impression on the Plaintiff as Johnny O Oliverio did not deserve this malicious humiliation in Public by VCU Librarian Teresa Doherty who decided to Discriminate by not first reporting to the VCU's Office of Institutional Equity, Effectiveness and Success Office; that all Faculty and Staff are required to do. As: The Plaintiff discontinued appearing on Campus as VCU records indicating the scanning of VCU student Id, oliverioj at the Cabell Library prove that the Plaintiff was virtually absent compared to the number of days he researched and studied in the basement IT 3D Modeling Computer Hall before the Plaintiffs humiliating public confrontation on March 30th, 2022.

years: distress built as the Plaintiff studies indicating that Africans were the first Americans as much as Europeans would be concealed from America and the World as the African Women led their tribes for over one hundred thousand years toward Europe and mated with the Europeans for thousands of years; The Plaintiff research at the Cabell Library to prove that African Americans were the first American was bringing mental distress to the t Plaintiff hat the subject of racism would ever be associated with student Johnny O Oliverio.

Reputation Damages: against Defendant VCU and opposing parties; Five Hundred Thousand dollars ($500,000.00)

10.

Mental distress built as the Plaintiff studies proved from the Plaintiff's research from Dr. Dennis Stanford, Smithsonian Archaeologist, PBS DVD 'First Peoples' and Nova's DVD 'Decoding Neanderthals' that Africans were the first Americans as much as Europeans and this World History discovery by Plaintiff, a VCU Student would be concealed and discriminated by the Defendants and opposing parties of The Cabell Library's malicious humiliation in Public by VCU Librarian Teresa Doherty who decided to Discriminate by not first reporting to the VCU's Office of Institutional Equity, Effectiveness and Success Office; that all VCU Faculty and Staff are required to do.

Anxiety and Depression: Mental distress built as the Plaintiff studies proved from the Plaintiff's research to prove the Plaintiff's theories that the first Americans were African Europeans from the study of Dr. Dennis Stanford, Archaeologist Smithsonian 1st Americans prior to March 30th, 2022 that Europeans and Africans were the first Americans thirty thousand years ago. Having to stop the Plaintiff's research caused intense anxiety to prove that these Europeans had mated with Africans for thousands of Years prior to arriving in Virginia. As: The Plaintiff discontinued appearing on Campus as VCU records will prove that the Plaintiff was virtually absent compared to the number of days he researched and studied in the basement IT 3D Modeling Computer Hall.

Plaintiff faces Mental distress and suffering as Research discontinues because of public humiliation at VCU. The Defendant persisted in disregarding and concealing their verbally raciest conversations to the VCU's Office of Institutional Equity, Effectiveness and Success Office causing the Plaintiff to suffer from headaches and anxiety for an extended period after the public confrontation by VCU Librarian Teresa Doherty. VCU Librarian Teresa Doherty of the Cabell Library had created a hostile and intimidating environment for Johnny O Oliverio to continue to prove that when Dr. Dennis Stanford's Europeans arrived; All arrivals were European, but the Blood of these Europeans was equally the blood of Africans; with small amounts of Denificians and Neanderthals. The mental distress and suffering experienced by the Plaintiff were exacerbated ten times by the realization that the Plaintiff, a VCU Student who made the discovery of African European first Americans Ice Age Lost Civilization on the James River in Richmond might be concealed from world history due to the humiliation and discrimination from the same University the Plaintiff knew he would make proud.

11.

The mental distress and suffering experienced by the Plaintiff were exacerbated by the realization that the Plaintiff, a VCU Student with two authentications by archaeologist of his Historical African European discovery of a Ice Age Lost Civilization, acknowledged that the Plaintiff's discovery of massive stone carved artifacts of sea mammals in the James River 'was a lost civilization'; And supported Dr. Dennis Stanford's theory who plaintiff studied for many years as the first massive Ice Age sculptures ever discovered in North American easily identifiable because Dr. Dennis Stanford, Archaeologist, Smithsonian gave credit to the materials used to build thirty foot canoes from the bones of walrus and whales.

The mental distress and suffering experienced by the Plaintiff were exacerbated by the realization that the Plaintiff continued to face the possibility of being marginalized or erased from the greatest historical discovery by the Defendant VCU's discrimination and humiliation at the Cabell Library; as the Plaintiff received authentication by two Archaeologist; and yet the Plaintiff knew that VCU, the University he proudly graduated from in 1973 could for the next one hundred years have the privilege to offer thousands of students throughout the USA, an opportunity to fill the classrooms in History, Art, Sculpture and Science with a laboratory of a African European Ice Age massive stone art sculptures carved by Man in a fifty to sixty thousand year old Lost Civilization just a 3 miles away on the James River, from the Pony Pasture to Bell Isle. The Plaintiff's research at the Cabell Library to prove that African Americans were the first American was bringing mental distress to the  Plaintiff that the subject of racism would ever be associated with VCU student in 2022, Johnny O Oliverio.

Economic Damages: Five Million dollars ($5,500,000.00)

The Plaintiff experienced growing mental anxiety as he questioned how VCU could involve him in a racism conversation; as many VCU Students and Faculty and Staff on the first level of the Cabell Library held two cards, attached as evidence of the Plaintiff that reads that Africans were the first Americans and another that designated the  Plaintiff as a 'Fair Housing Agent in the Virginia

Association of Realtors. The plaintiff is a member in good standing with the Virginia Association of Realtors who will end the careers of realtors who discriminate as the VAR requires every two years of study to remind all realtors that our sales are about the green dollar bill and not about the color of your skin. This humiliation in public can end the career of Plaintiff in the real estate business that could last another twenty years and VCU, as the Defendant discriminated against Plaintiff.

The Discovery by Johnny O Oliverio, Plaintiff, a VCU student in 2022, of the Oldest Ice Age Lost Civilization of massive stone art sculptures in Richmond Virginia which has two authentications by American Archaeologist has an income future once authenticated by European, African, and Asian Archaeologist in the hundreds of millions of dollars: This humiliation in public can end the career of Plaintiff to never be taken seriously and canceled by those who sometimes use racist tactics to end their careers as Defendant VCU and opposing parties did; by not reporting racist conversations to VCU's Office of Institutional Equity, Effectiveness and Success.

The mental distress and suffering experienced by the Plaintiff were exacerbated by the realization that the Plaintiff, a VCU Student had taken the time from his Cabell Library research in the basement to walk up to the first level to hand out the Plaintiff's Ice Age Lost Civilization cards to the students in the library and to students working behind the front desk, front counter.

Mental distress by the Plaintiff was overwhelming after March 30th, 2022. The Plaintiff's depression from this hostile and intimidating environment continued to haunt Plaintiff Johnny O Oliverio and he could not shake off the effects of VCU's Cabell Library's Discrimination especially when he could not understand when Faculty, Staff and Students who received Plaintiff's card, could read the card that stated http://www.rivercityseamonsters.com is America's 1st Neanderthal Lost Civilization on the James River in Richmond Va. 50,000 year old 100 Ton Stone Art Sculptured Sea Mammals by Africans, Asians, Europeans and Neanderthals; yet continue to engage the Plaintiff in a Raciest Conversation which was not reported to VCU's Office of Institutional Equity, Effectiveness and Success Office. The Plaintiff's research at the Cabell Library to prove that African Americans were the first American was bringing mental distress to the Plaintiff that the subject of racism would ever be associated with VCU student in 2022, plaintiff, Johnny O Oliverio.

13

## http://www.RiverCitySeaMonsters.com

is America's 1st Neandethal Lost Civilization on the James River in Richmond Va. 60,000 Year Old 100 Ton Stone Art Sculpted Sea Mammals by Africans, Asians, and Europeans and Neanderthals. The Archaeologist taught us Wrong for 100 Years, Neanderthal was not an Ape. First discovered in 1965- Yes, You can See Them Tool All Video & Pictures Copyright Library of Congress Copyright Office 2011



Published CBS TV 2014. Text 804 737 8700
Facebook:Rivercityseamonsters

Study Dr. Dennis Stanford on You Tube: enter 1st Americans, Ice Age, Smithsonian: Dr Stanford teaches the discovery of Stone artifacts in Del Marva Virginia area. The James River would be the first Fresh Water River South 60,000 Years ago. If it were not for John Gabriel Oliverio Studying Dr. Dennis Stanford This Discovery was not possible. This is Dr. Dennis Stanford's Lost Civilization, John Gabriel was just a Good Student. Also Study the PBS Documentary called First Peoples; Homosapiens out of African 200,000 Years Ago, The Neanderthal was not an Ape, Homosapiens Mated them Out and learned to Survive from the Neanderthals. Archaeologist taught Us Wrong for 100 Years We never killed off the Neanderthal and They would never search for a Neanderthal Lost Civilization they did not believe in. Then Study RiverCitySeaMonsters.com   History you can see today.

14



Park Plaza Properties

Johnny O Oliverio
Broker
Fair Housing Agent

Richmond Assoc of Realtors
Fair Housing Broker

Call Tex 804 737 8700
JohnnyO@TenthDegree
RealEstate.com

15.

The mental anxiety grew as the Plaintiff constantly questioned 'how could VCU bring racism into a conversation when the Plaintiff fills his pockets each morning with two cards; one that reads Africans were the first Americans and the other that reads 'Fair Housing Agent' on his Virginia National Association of Realtors card?

The Plaintiff's depression from this hostile and intimidating environment continued to haunt Johnny O Oliverio and he could not shake off the effects of VCU's Cabell Library's Discrimination and discontinued using the Wonderful Resources that Cabell Library's IT basement offered for his research and the Plaintiff 's Discovery of a African European Fifty to Sixty Thousand Year Old Ice Age Lost Civilization discovered on the James River in Richmond Virginia. The Plaintiff was deeply affected by the discrimination experience at the VCU Cabell Library, to the extent that he discontinued attendance at the VCU Monroe Campus Cabell Library after March 30th, 2022. This resulted in a significant loss of academic research and study in the basement of VCU's 3D modeling room.

The mental distress and suffering experienced by the Plaintiff was unimaginable as each month the Plaintiff had to come to grips with the fact that his research had come to a stop at the Cabell Library to prove African Americans were the first Americans, just as much as Europeans and the Plaintiff's presentations announced to Virginia, America and the World that African Women, European Women and Asian Women's Intelligence and Intuitions were Underestimated by Archaeologist for over one hundred years.

The Plaintiff's depression from this hostile and intimidating environment continued to haunt Johnny O Oliverio and he could not shake off the effects of VCU's Cabell Library's Discrimination and Harassment and increasing understood

16

that this negative public confrontation was unfair to all my friends and brothers of all races for all of the Plaintiff's life.

Evidence: Teresa Doherty, MLIS did not know that Johnny O Oliverio, a VCU Student in 2022 was spending his Summers playing Basketball on the outside courts on Quincy Street in Alexandria Va. Johnny's two brothers and our Basketball teammates, Skip Brandon and Walter Hawkins both African Americans in 1967, the Five of Us would take the cement basketball courts with the City Park Lights shinning on us;

The five of us did this Sunday through Thursday each week until school started. Teresa Doherty, MLIS did not know that Johnny O Oliverio and his Brothers and teammates Walter Hawkins and Skip Brandon sometimes only had enough Gas money to get us to Alexandria and back; all of us were very thirsty one night, still sweating from the Summer heat; we had enough change in our pockets to buy one RC Cola and Split it, Yes, each of us took a 'Swig' until our one bottle of RC Cola was empty! Teresa Doherty, MLIS did not know that Plaintiff, Johnny O Oliverio at the age of 17 was drinking after his African American Teammates, Walter and Skip and my two brothers. Teresa Doherty, MLIS, did not report any raciest incident or comments to VCU's Office of Institutional Equity, Effectiveness and Success (IES); It was the responsibility of the VCU's Office of Institutional Equity, Effectiveness and Success (IES) to build a case for or against Johnny O Oliverio. Teresa Doherty, MLIS may have learned that Plaintiff, Johnny O Oliverio was never a racist, but She and an Employee decided on their own to discriminate and make their own decisions to confront Johnny O Oliverio with Humiliating remarks in front of all at the front desk at the VCU Cabell Library.

/ 7

Evidence: Teresa Doherty, MLIS did not know that  Plaintiff, Johnny O Oliverio, a VCU Student in 2022 would visit his African American Highland Springs High School Students years later after their graduating from HSHS; once Johnny heard that they were having medical problems and in the Hospital;. Several times  he would share his time with his African American Students and once with Jonathan Lee,  who was on Coach O's Tennis Team, the Brother of Buddy Lee; World Expert in Teaching the Health benefits of the 'Jump Rope'; Jonathan had Heart Complications; several years later Jonathan died. Before he died Jonathan who worked for the Federal Reserve and his old Coach O would meet at a Dance Club called Visions in the Holiday Inn off Midlothian. Carlton was his Uncle and the three of Us would dance throughout the night. Once Jonathan who was losing weight because of his Heart problems didn't weigh over 125 pounds, at that time I felt so sad but in his last days Jonathan did his best to enjoy life. I'll never forget that at the same time Jonathan was under weight by 30 pounds and weak as he could be said to Plaintiff, Johnny O Oliverio, "Coach O remember, if anyone gives you any problems you got me to Back you Up"; Shortly after that Night of Dancing, Jonathan pass away. This is one of the Fondest memories of Jonathan; 'Going to Back his Highland Springs High School Coach O in Case of Problems' with barely any strength in his Body.

The Love Plaintiff, Johnny O Oliverio, Coach O had for Jonathan Lee, one of his favorite Highland Springs High School Students was who, Coach O was, Coach O was never a racist. Here is the email and  photo of Coach O in the Hospital Room with Bobby Johnson again Sharing time with his African American Students who loved seeing Coach O walk through that Hospital door. Teresa Doherty, MLIS, did not report any raciest incident or comments to VCU's Office of Institutional Equity, Effectiveness and Success (IES); It was the responsibility of the VCU's Office of Institutional Equity, Effectiveness and Success (IES) to build a case for or against Johnny O Oliverio. Teresa Doherty, MLIS may have learned that Plaintiff , Johnny O Oliverio was never a racist, but She and an Employee decided on their own to discriminate and make their own decisions to confront Johnny O



18.

Oliverio with Humiliating remarks in front of all at the front desk at the VCU Cabell Library.

Evidence: After the Unexpected, Humiliating, and Confrontational Verbal Racist Assault which was inappropriate and Discriminatory to the Plaintiff, Johnny O Oliverio, which has had a lasting impression after the Plaintiff had to tolerate in Public at the time this Verbal attack occurred. This Discrimination to not report to VCU's Office of Institutional Equity, Effectiveness and Success was unjustified for the way Johnny O Oliverio lived his entire Life as a person who respected all races.

The Racist comments in Public by VCU Librarian Teresa Doherty of the Cabell Library were Humiliating to Plaintiff in Public and it was also Humiliating to all the People Plaintiff Johnny O Oliverio has respected all his life. These are the African Americans that gave Plaintiff Johnny O Oliverio the courage today to take aggressive action against VCU and not allow Any Person to Discriminate against Johnny O Oliverio; As VCU Librarian Teresa Doherty did on March 30th, 2022; First was Coach George Felton in Fairfax Virginia, my first African American Coach; Coach Felton was the Best; Plaintiff, Johnny O Oliverio's Teammates didn't call George Felton the African American Coach, the Basketball Team called him, 'Coach Felton' and including among those African Americans I worked with, Coach George Lancaster, Two Time State Championship in Virginia 1A and included African Americans Plaintiff, Johnny O Oliverio played on the same Basketball Teams with from his High School Basketball team, and on his College Basketball team, Spartanburg College in 1969. If the Plaintiff was a racist, he would have never set foot on a Basketball Court with African Americans sweating on the Plaintiff in defensive positions, sweating on the Plaintiff blocking out for the rebound, sweating on the Plaintiff intentionally fouling the Plaintiff and sweating on the Plaintiff embracing a great play or a great Win.

Evidence: Emails below to Dr. Rao of photos from the Plaintiff's Highland Springs High School Family.



johnnyo tenthdegreerealestate.com

To:president@vcu.edu

Tue 3/14/2023 6:11 PM



Dr. Rao,

Here is a Photo of one of my Highland Springs High School Students and Me, In this photo I was visiting Bobby in his Hospital room, That's Me wearing my NASCAR Number 24 Dupont Chevrolet 4 Time Champion Jacket of Jeff Gordon. I still communicate with Bobby today and as many of my Highland Springs High School Students, Bobby was also polite, respectful and today my Brother you can Trust. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling.

The Raciest comments in Public by a Staff member of the Cabell Library were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life Coach George Felton, my first African American Coach; Coach Felton was the Best; and including those African Americans I worked with , Coached with, played with on my High School Basketball team, and on my College Basketball teams and I abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years.

It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.


Thank You so very much.

Johnny O Oliverio
Student id in 2022: oliverioj
Proud VCU Alumni of 1973


**Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo**



21

johnnyo tenthdegreerealestate.com

To:
president@vcu.edu

Tue 3/14/2023 5:51 PM



Dr. Rao,

Here is a Photo of one of my Highland Springs High School JV Basketball players and Me, Hugh was a great ball player throughout High School Career when I was an Assistant JV Coach. That day we both discussed a Great Teammate and a friend who was Calvin Bullock; Handsome and Polite, Years later we lost him too soon as He committed Suicide. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling.

The Raciest comments in Public by a Staff member were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life, including those I worked with, Coached with, played with on High School Basketball teams, on College Basketball teams and abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years. It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.   Johnny O Oliverio   Student id in 2022: oliverioj   Proud VCU Alumni of 1973

**Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 12**

johnnyo.tenthdegreerealestate.com

To:
president@vcu.edu
Tue 3/14/2023 5:33 PM



Dr. Rao,

Big Smiles here in a Photo with one of Highland Springs High School's '2' Time State Championship Coaches and Me, We are close friends today and were both attending a funeral celebration of one of the Highland Springs High School Coaches. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling.

The Raciest comments in Public were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life, including those I worked with, Coached with, played with on High School Basketball teams, on College Basketball teams and abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years.
It's an Honor to have so many former students, Respected Coaches and Principals enjoy taking a Photo with me almost 50 Years later.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.   Johnny O Oliverio, Student Id oliverioj 2022
**Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 11**

johnnyo tenthdegreerealestate.com

To:
president@vcu.edu

Tue 3/14/2023 5:21 PM



Dr. Rao,

Here is a Photo of two of my Highland Springs High School Students and Me, Louis was a Star Football Play at UVa. His Brother Malcomb passed away years ago. Malcomb was always polite and respectful just like most all of my students at Highland Springs High School. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling.

The Raciest comments in Public were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life, including those I worked with, Coached with, played with on High School Basketball teams, on College Basketball teams and abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years.

It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.
Highland Springs High School Springers are a close Family and I am a part of the Springer Family.
Thank You so very much.  Johnny O Oliverio, Student id oliverioj, in 2022
**Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 10**



johnnyo tenthdegreerealestate.com
To:
president@vcu.edu

Tue 3/14/2023 5:11 PM



Dr. Rao,

Here is a Photo of a few of my Highland Springs High School Students with Big Smiles. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling when my students 50 Years later say, "Coach, we want a picture with you too". The Raciest comments in Public were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life, including those I worked with, Coached with, played with on High School Basketball teams, on College Basketball teams and abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years.
It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.
Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.   Johnny O Oliverio   Student id in 2022: oliverioj   Proud VCU Alumni of 1973

**Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 9**



johnnyo tenthdegreerealestate.com
To:
president@vcu.edu

Tue 3/14/2023 4:59 PM



Dr. Rao,

        Here is a Photo of two of my Highland Springs High School Students and Me, Carlton and Butch. If you can only be there to see the Highland Springs High School Springer Family reunite, it's a wonderful day and a wonderful feeling. The Raciest comments in Public were Humiliating to me in Public and it was also Humiliating to all the People I have respected all my life, including those I worked with, Coached with, played with on High School Basketball teams, on College Basketball teams and abided by all Fair Housing Guidelines as a Realtor in Virginia for over 40 Years.

It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.  Johnny O Oliverio

Student id in 2022: oliverioj

Proud VCU Alumni of 1973

## Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 8

_18



26

johnnyo tenthdegreerealestate.com

To:
president@vcu.edu

Tue 3 14 2023 4 44 PM



Dr. Rao,

Here is a Photo of one of my Highland Springs High School Students and Me. I had not seen Butch for over 40+ Years and look at his smile and he put his arm around me, hugging me with the love I know we have for each other. Part of the Reason that I was able to be so close to these students for so long was because of one of my VCU Instructors that recommended me for the open teachers position at Highland Springs High School. That recommendation that allowed me my first Job meant everything to me in 1973. I wanted to make VCU proud and 50 years later each photo tells a story; thanks to my VCU Instructor.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.

Johnny O Oliverio
Student id in 2022: oliverioj
Proud VCU Alumni of 1973

**Regarding Raciest Accusations: My Highland Springs High School Principal and Me at the ECU Football Game. Photo 7**

johnnyo tenthdegreerealestate.com



To
president@vcu.edu

Tue 3 14-2023 4:31 PM



Dr. Rao,

Here is a Photo of my Highland Springs High School Principals and Me after the ECU football game on the Field. It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later; but when I received a Call from this Principal just a few weeks after VCU Cabell Library Staff humiliated me in Public, it was one call that I so needed. "Want to join me to attend my Grandson's ECU Football Spring game"? We had a great day together as this Principal and I have stayed in contact and are great friends since the early 1970T's. We are Brothers.

Highland Springs High School Springers are a close Family and I am a part of the Springer Family.

Thank You so very much.

Johnny O Oliverio
Student id in 2022: oliverioj   Proud VCU Alumni of 1973

Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 5

johnnyo tenthdegreerealestate.com

To



president@vcu.edu



Tue 3/14/2023 3:50 PM



Dr. Rao,

Here is a Photo of my Highland Springs High School Students and Me. It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.

Highland Springs High School Springers are a Family and I am a part of that Springer Family.

Thank You so very much.

Johnny O Oliverio
Student id in 2022: oliverioj

## Regarding Raciest Accusations: My Highland Springs High School Students were the Best. Photo 4

johnnyo tenthdegreerealestate.com

To:



president@vcu.edu

Tue 3 14 2023 3 56 PM



Dr. Rao,

Here is a Photo of my Highland Springs High School Students and Me. It's an Honor to have so many former students enjoy taking a Photo of their old High School Driver Education Coach almost 50 Years later.

Thank You so very much.

Johnny O Oliverio
Student id in 2022: oliverioj
Proud Alumni since 1973

30

Accusations of Raciest Comments to Student ID oliverioj

VCU Employee who Accused Johnny O Oliverio in March of 2022 of Using Raciest Comments by a 3ʳᵈ party also employed by VCU **in Public** at the Front Counter of the 1ˢᵗ Floor Cabell Library.

- 
- <u>Teresa Doherty, MLIS</u>
- Student Success Librarian

- (804) 828-8658
- mtdohert@vcu.edu

- **tudent Success Librarian**
- Assistant Professor
- Research and Learning, Student Success



- (804) 828-8658
- mtdohert@vcu.edu
- 
- 
- <u>Schedule an Appointment</u>

Teresa Doherty leads VCU Libraries' undergraduate student success initiatives, with a specific focus on first- and second-year undergraduates, students who identify as first-generation or underrepresented minorities, and low-income students. She also collaborates with instructors in the Focused Inquiry team to offer curriculum-integrated information literacy sessions for undergraduate students taking UNIV 200, and supports students in UNIV 111 and UNIV 112 with research assistance as well.

Teresa is actively engaged with library colleagues on the state and national levels, especially in the area of intellectual freedom. She has served as a member of the American Library

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No.: *CL73-1624-5*

CLERK'S OFFICE USE ONLY

_____ Circuit Court

PLAINTIFF JOHNNY

*Johnny O. Olivero Student "Olivero J." vs. VCU and Opposing Parties*

PLAINTIFF(S)

I, the undersigned [ ] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby, notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [✓] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption - Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment - Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect - Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint - Contested*
  - [ ] Complaint - Uncontested*
  - [ ] Counterclaim Responsive Pleading
  - [ ] Reinstatement -
    Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

RECEIVED AND FILED
CIRCUIT COURT
MAR 28 2023
EDWARD F. JEWETT, CLERK
BY _____ D.C.

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare Trust
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration - Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights - Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien Bill to Enforce
- [✓] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights - Restoration
- [ ] Other (please specify)

*11 million dollars*
[ ] Damages in the amount of $ *11,000,000.00* are claimed.

*3/28/2023*

*Johnny O. Olivero* Also Known *John G. Olivero*
PRINT NAME

ADDRESS/TELEPHONE NUMBER OF SIGNATOR

DATE SIGNED   SIGNATURE OF PLAINTIFF

*"Contested" divorce means any of the following are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on fault grounds and none of the above issues are in dispute.*

FORM CC-1416 MASTER PAGE ONE 07/16