VIRGINIA

      IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

JOHNNY O. OLIVERIO,
      Plaintiff,

v.                                            Case No: CL23-1624-3

VIRGINIA COMMONWEALTH UNIVERSITY,

      and

DR. RAO, President of VCU,

      and

AMY ANDRES, Director and Associate University Librarian
      VCU art (VCUart) Qatar Libraries,

      and

TERESA DOHERTY, MLIS, Student Success Librarian
      Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

      Defendant, the Virginia Commonwealth University Board of Visitors[1], by counsel, hereby provides notice to the Clerk of the Circuit Court for the City of Richmond, Virginia, that the above captioned action has been removed to the United States District Court for the Eastern District of Virginia, Richmond Division.

      A Notice of Removal is being filed contemporaneously in the United States District Court for the Eastern District of Virginia, Richmond Division, a copy of which is attached hereto as **Exhibit 1**.

---

[1] Plaintiff has named Virginia Commonwealth University. The actual entity is "The Board of Visitors of Virginia Commonwealth University." *See* Virginia Code §23.1-2300. The entity conducts business as Virginia Commonwealth University ("VCU").

EXHIBIT C

Pursuant to 28 U.S.C. §1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully Submitted,
**Virginia Commonwealth University,**
**Dr. Rao in his official capacity,**
**Amy Andres in her official capacity, and**
**Teresa Doherty in her official capacity**

By: _____
G. William Norris, Jr. (VSB No.: 41754)
Senior Assistant Attorney General and
    Associate University Counsel

M. Elizabeth Griffin (VSB No.: 37745)
Senior Assistant Attorney General and
    Associate University Counsel

Virginia Commonwealth University
Office of University Counsel
P.O. Box 843090
Richmond, Virginia 23284
(804) 828-6610
(804) 828-6614 (facsimile)
gwnorris@vcu.edu / megriffin@vcu.edu
Counsel for Defendants

Jason S. Miyares
*Attorney General of Virginia*

Steven G. Popps
*Deputy Attorney General*

Coke M. Stewart
*Senior Assistant Attorney General/ HESS Section Chief*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2023, I caused to be served the foregoing Notice of Filing, via email and U.S. Mail, postage prepaid to the following:

>Johnny O Oliverio
>1425 Green Pasture Road
>Sandston, Virginia 23150
>JohnnyO@TenthDegreeRealEstate.com
>*Pro se* **Plaintiff**

By: _____
G. William Norris, Jr. (VSB No.: 41754)
Senior Assistant Attorney General and
    Associate University Counsel

M. Elizabeth Griffin (VSB No.: 37745)
Senior Assistant Attorney General and
    Associate University Counsel

Virginia Commonwealth University
Office of University Counsel
P.O. Box 843090
Richmond, Virginia 23284
(804) 828-6610
(804) 828-6614 (facsimile)
gwnorris@vcu.edu / megriffin@vcu.edu
Counsel for Defendants

3